UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PORT OF TACOMA, a Municipal Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TODD SHIPYARDS CORPORATION, etc., et al.,<br><br>　　　　　　Defendants. | NO. C08-5132BHS<br><br>**ORDER GRANTING NOVEON KALAMA, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

　　　THIS MATTER is before the Court on Defendant Noveon Kalama, Inc.'s Agreed Motion for Extension of Time to Answer or Otherwise Respond. After careful consideration, it is hereby:

　　　ORDERED and ADJUDGED that the Motion is GRANTED. Noveon Kalama, Inc. shall file its answer or other response to the Complaint no later than April 25, 2008.

　　　DATED this 31st day of March, 2008.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Judge\

Presented By:

GARVEY, SCHUBERT & BARER

By:

s/Donald B. Scaramastra
Donald B. Scaramastra, WSBA #21416

BAKER & MCKENZIE LLP

By:  s/Douglas B. Sanders
Douglas B. Sanders, Pro Hac Vice Application Pending

s/John W. Watson

John W. Watson, Pro Hac Vice Application Pending
Attorneys for Defendant Noveon Kalama, Inc.